NOTE:  This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

———————————————

**BEDGEAR, LLC,**
*Appellant*

**v.**

**FREDMAN BROS. FURNITURE COMPANY, INC.,**
*Appellee*

———————————————

2018-2170

———————————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2017-00524.

———————————————

## ON PETITION FOR PANEL REHEARING

———————————————

Before LOURIE, MAYER, and TARANTO, *Circuit Judges.*

PER CURIAM.

### O R D E R

Bedgear, LLC petitions the court for panel rehearing on the basis that it raised an Appointments Clause challenge in its opening brief.   In view of this court's decision in *Arthrex, Inc. v. Smith & Nephew, Inc.*, 941 F.3d 1320 (Fed. Cir. 2019), and this court's precedential order

2                   BEDGEAR, LLC v. FREDMAN BROS. FURNITURE CO.

denying the petitions for rehearing in *Arthrex, Inc. v. Smith & Nephew, Inc.*, 953 F.3d 760 (Fed. Cir. 2020),

IT IS ORDERED THAT:

1) Bedgear LLC's petition for panel rehearing is granted.

2) The court's decision affirming the decision of the Patent Trial and Appeal Board is vacated.

3) The Patent Trial and Appeal Board's decision in No. IPR2017-00524 is vacated and the case is remanded to the Board for proceedings consistent with this court's decisions in *Arthrex*.

FOR THE COURT

April 29, 2020                    /s/ Peter R. Marksteiner
     Date                         Peter R. Marksteiner
                                  Clerk of Court